**Appeal Dismissed and Memorandum Opinion filed June 4, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00831-CV

**CASSANDRA LYNN LONDON CHANDLER, Appellant**

**V.**

**RICHARD FREDERICK CHANDLER, JR., Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-282301**

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 2, 2023. The clerk's record was filed December 20, 2023. The reporter's record was filed January 25, 2024. No brief was filed.

On April 9, 2024, this court issued an order stating that unless appellant filed a brief on or before May 9, 2024, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.